cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.06cv0913 LAB (AJB) |
| Plaintiff, | ) | |
| v. | ) | Order Vacating Settlement Status |
| | ) | Conference and Scheduling Settlement |
| RESIDENTIAL PROPERTY LOCATED AT | ) | Disposition Conference |
| 753 SANTA ROSITA, SOLANA BEACH, | ) | |
| CA, all improvements and appurtenances | ) | |
| affixed thereto, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| NINA MEHDIKHAN; MIKE SLATT | ) | |
| | ) | |
| Claimants, | ) | |
| _____ | ) | |

Upon advice of counsel that this matter has settled in its entirety, the Settlement Status Conference currently scheduled before Magistrate Judge Battaglia on September 7, 2006 is hereby VACATED.

A Settlement Disposition Conference will be held *October 18, 2006*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia.  Counsel and all parties *shall appear in person* unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the**

///

///

1

1   **chambers of Magistrate Judge Battaglia no less than 24 hours prior to the scheduled conference**.

2   **Monetary sanctions shall be imposed for failure to comply with this order**.

3   IT IS SO ORDERED.

4

5   DATED:   September 7, 2006

6

7                                     Hon. Anthony J. Battaglia
                                    U.S. Magistrate Judge

8                                     United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28