cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.06cv0913 LAB (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SETTLEMENT |
| RESIDENTIAL PROPERTY LOCATED AT | ) | DISPOSITION CONFERENCE |
| 753 SANTA ROSITA, SOLANA BEACH, | ) | |
| CA, all improvements and appurtenances | ) | |
| affixed thereto, | ) | |
| Defendants. | ) | |
| | ) | |
| NINA MEHDIKHAN; MIKE SLATT | ) | |
| Claimants, | ) | |
| | ) | |

For good cause shown, the Court hereby continues the October 18, 2006 Settlement Disposition conference in the above entitled action to **November 1, 2006 at 9:00 a.m.**  Counsel have been notified telephonically of this change.

IT IS SO ORDERED.


DATED:  October 17, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28